

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00314-CV

HASEEB BUTT, Appellant

V.

SAJID KHAN NIAZI, AYESHA KHAN, AMIRA SOUSSA AND DUNCANVILLE
REAL ESTATE, LLC, Appellees

Appeal from the 113th District Court of Harris County.  (Tr. Ct. No. 2011-22642).

This case is an appeal from the final judgment signed by the trial court on April 11, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Haseeb Butt, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 17, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.